AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| ADIDAS AG, ADIDAS INTERNATIONAL MARKETING B.V., ADIDAS AMERICA, INC. and RUNTASTIC GMBH <br><br> *Plaintiff(s)* <br> v. <br><br> NIKE, INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 2:22-cv-00198 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    Nike, Inc.
    c/o United Agent Group, Inc.
    5444 Westheimer Road, Suite 1000
    Houston, Texas 77056

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Melissa R. Smith
    Gilliam & Smith LLP
    303 South Washington Avenue
    Marshall, Texas 75670
    903-934-8450
    melissa@gillamsmithlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/10/22                                              David A. O'Toole
                                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-00198

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____  *Affidavit Attached*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

*Affidavit Attached*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

*Affidavit Attached*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Eastern District District of Texas

Case Number: 2:22-CV-00198

Plaintiff:
**ADIDAS AG;**
**ADIDAS INTERNATIONAL MARKETING B.V.;**
**ADIDAS AMERICA, INC.; and**
**RUNTASTIC GMBH**

vs.

Defendant:
**NIKE, Inc.**

For:
Melissa R. Smith
Gillam & Smith, L.L.P.
102 N College
Suite 800
Tyler, TX 75702

Received by Collins Investigations on the 10th day of June, 2022 at 2:16 pm to be served on **Nike, Inc. c/o United Agent Group, Inc, 5444 Westheimer Road, Suite 1000, Houston, Harris County, TX 77056**.

I, Carol Agnew, being duly sworn, depose and say that on the **13th day of June, 2022 at 11:58 am, I:**

Executed service by hand delivering a true copy of the **Summons In a Civil Action, Copy of Complaint For Patent Infringement; Corporate Disclosure Statement; Demand for Jury Trial; Notice of Filing of Patent Trademark Form; and Civil Case Cover Sheet**, to: **Alyssa Alejandro personally** as Authorized Acceptance Agent at the address of: **5444 Westheimer Road, Suite 1000, Houston, Harris County, TX 77056**, who is authorized to accept service for **Nike, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. I have personal knowledge of the facts set forth in this affidavit, and they are true and correct."

Subscribed and Sworn to before me on the 15th day of June, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

ROBERT DAVID BAKER
Notary Public, State of Texas
Comm. Expires 01-14-2023
Notary ID 1006431

Carol Agnew
psc-3025 Exp 8/31/2023

Collins Investigations
110 N College
Suite 1002
Tyler, TX 75702
(903) 526-1411

Our Job Serial Number: ONT-2022003427

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i

