# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ADIDAS AG, ADIDAS INTERNATIONAL MARKETING B.V., ADIDAS AMERICA, INC., RUNTASTIC GMBH, | § § § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00198-JRG |
| NIKE, INC., | § § § § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Stipulation of Dismissal filed by Plaintiffs adidas AG, adidas International Marketing B.V., adidas America, Inc., and Runtastic GmbH and Defendant Nike, Inc. (the "Stipulation") (Dkt. No. 30). In light of the Stipulation, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1), all pending claims and causes of action in Case No. 2:22-cv-00198-JRG are **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs, expenses, and attorneys' fees. Further, the Clerk of the Court is directed to **CLOSE** the above-captioned case.

So ORDERED and SIGNED this 19th day of August, 2022.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE